UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 23, 2018
DISTRICT JUDGE JOHN W. deGRAVELLES

UNITED STATES OF AMERICA

VERSUS

RAYMOND CHRISTOPHER REGGIE

CRIMINAL

NO. 13-111-JWD-EWD

This matter came on this day for a status conference. The parties present signed the attached attendance sheet.

The Defendant's motion to adopt motion to designate case complex and to exclude time under the speedy trial act, (Doc. 457) is GRANTED.

Counsel for Defendant informed the Court that he is still going through discovery.

Substantive motions shall be filed on or before **January 4, 2019**.

The government requested that the Defendant produce any discovery not yet produced to the United States.

The United States advised the Court that there is an aging witness in this case and that they are in the process of checking on the status of her health. Depending on the status of her health, the United States may request the Court to authorize a Rule 15 deposition of this witness to preserve the witnesses' testimony for trial.

Signed in Baton Rouge, Louisiana, on October 24, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

cr 53; T :30
Recorded

3:13-CR-00111-JWD-EWD-1
USA V. RAYMOND CHRISTOPHER REGGIE

TUESDAY, OCTOBER 23, 2018
11:15 A.M.

STATUS CONFERENCE

PLEASE PRINT

| NAME | FIRM | REPRESENTING |
|---|---|---|
| JOHN McLINDON | | RAY REGGIE |
| Rene Salomon | | USAO |
| Elizabeth White | | USAO |