United States District Court
Louisiana Middle District
Exhibits Log: 13CR00111-JWD-SENTENCING
USA v. REGGIE, 12/17/2019

| EXHIBIT | DESCRIPTION |
|---|---|
| Def-3 | Report of Ronnie Gagnet regarding Supreme Automotive |
| Joint-1 | Transcript of R Reggie Sent Hearing 6-17-2015 |
| Joint-2 | SCDBR Victim Stmnt |
| Joint-3 | SAG Victim Statement |
| Joint-4 | IRS-CI Schedule of 138 Checks Schneider |
| Joint-5 | Gagnet-Supreme Co-Op Report Final 042414-1 |

Case 3:13-cr-00111-JWD-EWD    Document 501    12/17/19   Page 1 of 1