**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 13-cr-00111-JWD-EWD

RAYMOND C. REGGIE

**MOTION FOR EARLY TERMINATION**
**OF SUPERVISED RELEASE PURSUANT TO 18 USC § 3583(e)**

NOW INTO COURT, through undersigned counsel comes the defendant, RAYMOND C. REGGIE, who moves this Court for the following relief:

1.

On April 23, 2019, Raymond Reggie pled guilty in the above captioned matter. (Doc. 488)

2.

The sentence of Mr. Reggie was as follows: imprisonment for a total of time served. Mr. Reggie was also placed on supervised release for a period of three years. (Doc. 502)

3.

Mr. Reggie has also paid restitution in full in the amount of $1.2 million dollars Additionally, all civil lawsuits which were filed in connection with these matters have been settled.

4.

While on supervised release, Mr. Reggie has had no violations or infractions.

5.

18 USC § 3583(e) provides that the Court may terminate a term of supervised release and discharge a defendant at any time after the expiration of one year of supervised release. The Court must be satisfied that such action is warranted by the conduct of the defendant and is in the best interest of justice. The court must also consider the factors set forth in § 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(d), (a)(4), (a)(5), (a)(6), and (a)(7).

6.

Raymond Reggie has completed 27 months of supervised release.

7.

Undersigned counsel has spoken with Mr. Reggie's probation officer, Mr. Michael Hall. Mr. Hall is aware that this Motion is being filed and he has no objection to an early termination of supervised release for Raymond Reggie.

8.

Although suffering with significant health issues, Mr. Reggie has maintained employment while on supervised release.

9

One of the conditions of supervised release for Mr. Reggie was that he had to surrender his passport. As this Court may recall, Mr. Reggie has some significant health issues. Mr. Reggie is interested in participating in some experimental/clinical trials, some of which may be out of the country. If his supervised release is terminated, he will be allowed to get his passport back which will allow him to travel.

10.

Mr. Reggie surrendered his passport to the US Probation office in 2013. That passport was returned by USPS to the State Department and is now expired. While Mr. Reggie is presently participating in an experiential drug/trial with Ochsner Health in Jefferson, LA., he is additionally pursuing some experimental/clinical trials in Texas and North Carolina. Mr. Reggie and his medical team are also exploring international clinical trials. To apply for an international trial study, Mr. Reggie is required to file for a current Passport, as a copy of a current and valid passport is required to apply for the study. If his supervised release is terminated, he will be allowed apply for a new/current passport and be able to apply for international clinical trials. Realizing

applications for new passports are taking a significant amount of time, it is important to Mr. Reggie to apply as soon as possible for the new passport, so he can apply for these international clinical trials.

11.

Additionally, if Mr. Reggie's supervised release is terminated, he would no longer be required to petition this court for overnight travel for upcoming out of state medical appointments.

For all the reasons set forth above, the Defendant, Raymond Reggie prays for early termination of supervised release.

**Respectfully Submitted By:**

**/s/ John S. McLindon**
**JOHN S. MCLINDON (La Bar No. 19703)**
12345 Perkins Rd, Bldg 2 Ste 202
Baton Rouge, LA 70810
Tele:  225-408-0362
Fax:   877-241-2631
E: mclindon@lawbr.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2022, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

  /s/ John S. McLindon
    John S. McLindon