# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 13-00111 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RAYMOND C. REGGIE | MAGISTRATE JUDGE WILDER-DOOMES |

## ORDER

Before the Court is a Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e) filed by the Defendant, Raymond C. Reggie ("Reggie"). See Record Document 548. The Government opposes the motion. See Record Document 550. The undersigned has also conferred with the United States Probation Office in the Middle District of Louisiana and learned that the Supervisory United States Probation Officer assigned to this matter opposes early termination of supervised release.

Accordingly, based on the showing made in the motion and further noting certain agreements regarding sentencing set forth in the Plea Agreement (Record Document 485 at 4-5), Reggie's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e) (Record Document 548) be and is hereby **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 19th day of April, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT